722 F.2d 209
 William E. RYALS, Sr., et ux., Individually and as
Administrator of the Estate of the Minor, William
E. Ryals, Jr., Plaintiffs-Appellants,
v.
The HOME INDEMNITY COMPANY, et al., Defendants-Appellees.
 No. 83-4491
Summary Calendar.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 3, 1984.
 
 Kenneth N. Simmons, James L. Davis, Many, La., for plaintiffs-appellants.
 Cook, Yancey, King & Galloway, Herschel E. Richard, Jr., Shreveport, La., for defendants-appellees.
 Appeal from the United States District Court for the Western District of Louisiana.
 Before CLARK, Chief Judge, RUBIN and JOLLY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment appealed from is affirmed on the basis of the Memorandum Ruling of the District Court filed July 6, 1983. 576 F.Supp. 780 (W.D.La.1983).
 
 
 2
 AFFIRMED.